United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DENIS OCHOA DE ZABALEGUI PRADA,** | § § § | |
| **Petitioner,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:26-CV-00398** |
| **RANDY TATE,** *et al.*, | § § | |
| **Respondents.** | § | |

### <u>ORDER</u>

Before the Court is Petitioner Denis Ochoa De Zabalegui Prada's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss / Motion for Summary Judgment (ECF No. 5). After considering the briefing and the applicable law, the Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions. The Court therefore **DENIES** Respondents' Motion to Dismiss (ECF No. 5).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven days, that is, by February 2, 2026, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing and Petitioner's custody status on February 4, 2026. All relief not explicitly granted is **DENIED**.

    **IT IS SO ORDERED.**

    **SIGNED** at Houston, Texas on January 26, 2026.

Keith P. Ellison
United States District Judge